IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01334-WDM-BNB

JERRY N. NORRIS,

    Plaintiff,

v.

THE CITY OF AURORA,
OFFICER ANDREW CROWLEY AND
OFFICER ADOLFO RAMIREZ,

    Defendants.

## NOTICE OF DISMISSAL

    The court takes judicial notice that the parties have filed Stipulations for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on May 19, 2006.

                                                         BY THE COURT:

                                                         s/ Walker D. Miller
                                                         United States District Judge

PDF FINAL